IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JULIA JACKSON,[1] | § |
| | § No. 108, 2021 |
| Petitioner Below, | § |
| Appellant, | § Court Below—Family Court |
| | § of the State of Delaware |
| v. | § |
| | § File No. CN20-01117 |
| BRODY WHITE, | § Petition No.  20-26495 |
| | § |
| Respondent Below, | § |
| Appellee. | § |

Submitted: July 13, 2021
Decided:    July 27, 2021

## **ORDER**

It appears to the Court that, on June 28, 2021, the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for her failure to pay the Family Court appeal filing fee and transcript cost.  The appellant received the notice to show cause on July 1, 2021.  The appellant's response to the notice to show cause was due on or before July 12, 2021, but she has not responded to the notice to show cause or paid the Family Court appeal filing fee and transcript cost.  Dismissal of this action is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*_____
Justice